978 So.2d 320 (2008)
STATE ex rel. Tyrone CEASAR
v.
STATE of Louisiana.
No. 2007-KH-1376.
Supreme Court of Louisiana.
April 4, 2008.
In re Ceasar, Tyrone;Plaintiff; Applying for Supervisory and/or Remedial Writs, Parish of Calcasieu, 14th Judicial District Court Div. H, No. 5650-98; to the Court of Appeal, Third Circuit, No. KH 07-0443.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; State v. Parker, 98-0256 (La.5/8/98), 711 So.2d 694.